UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA, )
                                             )  2:05-CR-255-JCM-LRL
        Plaintiff, )
                                             )
vs. )
                                             )
CHRISTINE COLLINS )
                                             )
        Defendant. )

ORDER

      The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#45), sentencing having been imposed on November 17, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

      **IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

      Name of Payee: SOUTHWEST AIRLINES
      Amount of Restitution: $14,798.18

      **Total Amount of Restitution ordered: $14,798.18**

Dated this 26th day of July, 2017.

UNITED STATES DISTRICT JUDGE